# Court of Appeals
# of the State of Georgia

ATLANTA,__November 30, 2015__

*The Court of Appeals hereby passes the following order:*

**A16D0128.  DANIEL W. TAYLOR v. GREGORY A. ADAMS, et al.**

Daniel Taylor filed this application for discretionary review, seeking to appeal two court orders denying his requests to proceed in forma pauperis for the purpose of seeking mandamus relief against several defendants.  We lack jurisdiction.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264, 264 (626 SE2d 83) (2006) ("[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised." (punctuation omitted)).  Accordingly, this case is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*____11/30/2015____
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*